IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GULFPORT-BRITTANY, LLC and § | | |
| MEREDITH APRIL MATTHEWS § | | PLAINTIFFS |
| § | | |
| v. § | Civil Action No. 1:07cv1036HSO-JMR | |
| § | | |
| § | | |
| RSUI INDEMNITY COMPANY § | | DEFENDANT |

**FINAL JUDGMENT**

This matter came on to be heard on the Motion for Partial Summary Judgment filed by Plaintiffs Gulfport-Brittany, LLC, and Meredith April Matthews, and the Motion for Summary Judgment filed by Defendant RSUI Indemnity Company. The Court, after a full review and consideration of the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56. This Civil Action is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 7th day of November, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE